UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

In Re:                                                    Chapter 13

CHRISTINE A. STAUCH,                                      Case No. 14-B-35163


                        Debtor(s),
-----------------------------------------------------x

### TRUSTEE'S REPORT ON UNCLAIMED DIVIDENDS

To:  THE CLERK OF THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

    Jeffrey L. Sapir, Trustee of the estate of the above named debtor, reports that the following dividend(s) are unclaimed over 90 days from the date of issuance:

| CLAIMANT(s)' NAME & LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| Christine A. Stauch | $1,309.50 |
| 305 Skipperene Road | |
| Narrowburg, New York 12764 | refund |


    Trustee's checks to your order in the sum of $1,309.50 are annexed representing the total of the aforesaid unclaimed dividend(s).

Dated:  White Plains, New York
         September 29, 2015

                                        Respectfully submitted,


                                        JEFFREY L. SAPIR